Mr. Acosta,                                 6-13-2016

Could you please inform me wheather a
ruling has been found. CCA No. WR-78,974-03
                    Trial Court Case No. 007-0855-01-8
in Aaron Sears behalf.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2016

Abel Acosta, Clerk